IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL D. LILES,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>Defendant. | 4:24CV3059<br><br>**DISMISSAL ORDER** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. (Filing No. 26.) Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that the Joint Stipulation (Filing No. 26) is granted and this case is dismissed with prejudice.

Dated this 26th day of March, 2025.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge